IN THE SUPREME COURT OF TEXAS

 No. 08-0660

 IN RE SATTERFIELD & PONTIKES CONSTRUCTION, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed October 2, 2008, is
granted. All trial court proceedings in Cause No. DC-06-74, styled San
Diego Independent School District v. Satterfield and Pontikes Construction,
Inc., in the 229th District Court of Duval County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 17, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk